United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

W. M.,

               Plaintiff,

      v.

BERKELEY UNIFIED SCHOOL DISTRICT, et al.,

               Defendants.

Case No. 25-cv-07711-LB

**ORDER**

Re: ECF No. 25

A motion to dismiss was filed on February 9, 2026.[1] An opposition or statement of non-opposition was due fourteen days later, meaning, by February 23, 2026, but neither was filed. Civil L.R. 7-3(a)–(b). The court issued an order flagging the issue and asking for an update by February 24, 2026, at 1 p.m.[2] No update was filed. A failure to oppose a motion is a concession of it. *See, e.g.*, *Narang v. Gerber Life Ins. Co.*, No. 18-CV-04500-LHK, 2018 WL 6728004, at *4 (N.D. Cal. Dec. 21, 2018) (collecting cases). This may be the plaintiff's intention, given the earlier dismissal order giving leave to amend to add individual defendants for the § 1983 claim. But the plaintiff still must file something under the local rules.

---

[1] Mot. – ECF No. 25. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 27.

ORDER – No. 25-cv-07711-LB

A related issue is that the amended complaint (filed on January 27, 2026) names new defendants in the § 1983 claim, all school administrators: Nancy Flocchini, Kristin Hardy, Kyra McDonald, Irma Parker, and Cassandra Tesch.[3] They have not been served. Before the court can address the pending dispositive motion, all defendants (including unserved defendants) must consent to magistrate-judge jurisdiction. *Williams v. King*, 875 F.3d 500, 503–05 (9th Cir. 2017). A consent does not waive defenses, including a defense regarding whether service was effective. *Feng v. County of Santa Clara*, No. 19-cv-06877-LB, 2019 WL 7194475, at *1 n.1 (N.D. Cal. Dec. 26, 2019); *Harper v. City of Cortez*, No. 14-cv-02984-KLM, 2015 WL 4113825, at *3 (D. Colo. July 8, 2015); *Geiche v. City & County of San Francisco*, No. C 08-3233 JL, 2009 WL 1948830, at *9 (N.D. Cal. July 2, 2009). Sometimes, appearing defendants can secure the consent of non-appearing defendants, especially when their representation may be the same, thereby allowing the court to decide the dispositive motion.

Given these issues, the court asks the parties to confer and submit a joint update by March 5, 2026.

**IT IS SO ORDERED.**

Dated: February 25, 2026

LAUREL BEELER
United States Magistrate Judge

[3] Second Am. Compl. – ECF No. 23 at 5 (¶¶ 16–20).

ORDER – No. 25-cv-07711-LB                    2